1

2

3

4          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE
5

UNITED STATES OF AMERICA,                )
6                                        )
                        Plaintiff,       )        Case No. CR08-0381-MJP
7                                        )
          v.                             )
8                                        )        **DETENTION ORDER**
JODI LYNN WALLER ,                       )
9                                        )
                        Defendant.       )
10  _____    )

11  Offenses charged:

12        Identification Document Fraud

13  Date of Detention Hearing: February 27, 2009.

14        The Court, having conducted a revocation hearing and a detention hearing pursuant to Title

15  18 U.S.C. § 3142(f), and §3148, and based upon the factual findings and statement of reasons for

16  detention hereafter set forth, finds that no condition or combination of conditions which the

17  defendant can meet will reasonably assure the appearance of the defendant as required and the

18  safety of any other person and the community and that defendant is unlikely to abide by any

19  condition or combination of conditions of release.

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        (1)      On November 17, 2008, defendant made her initial appearance after being arrested

22  on a complaint filed that day.  At defendant's November 19, 2008 detention hearing, the

23

DETENTION ORDER -1

government and U.S. Pretrial Services recommended that defendant be detained.  The Court ordered defendant released subject to an appearance bond.

(2)     Defendant was released to supervision on December 4, 2008.  On December 30, 2008, defendant tested positive for marijuana, cocaine and morphine.  U.S. Pretrial Services initially recommended that the Court take no action to permit the defendant to enter a treatment program.  However, because defendant continued to use drugs and violated the terms of her GPS monitoring, the Court issued a warrant for defendants arrest in February, 2009.

(3)   On February 27, 2009, defendant admitted she violated her appearance bond by: 1) failing to appear for a drug test on February 2, 2009 and February 9, 2009 as directed by Pretrial Services; 2) using Cocaine and Marijuana on or about February 5, 2009; by deviating from her approved GPS schedule on or about February 9, 2009 and February 10, 2009.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel

///

DETENTION ORDER -2

1    for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

2        DATED this 27th day of February, 2009.

3

4        _____
         BRIAN A. TSUCHIDA

5        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER -3